**MICHAEL N. FEUER**, City Attorney - **SBN 111529x**
**THOMAS H. PETERS**, Chief Assistant City Attorney - SBN 163388
**CORY M. BRENTE**, Supervising Assistant City Attorney - SBN 115453
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney - SBN 192872
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 Fax No.: (213) 978-8785
christian.bojorquez@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHARLIE BECK**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELORES RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal Corporation; LOS ANGELES POLICE DEPARTMENT; CHIEF OF POLICE CHARLES BECK, Individually and in his official capacity; JOSHUE TOWE; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. <br><br> (LASC Case No. BC 569521) <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 (a), 1446 (a), AND 1446 (c) AND ; DECLARATIONS OF CHRISTIAN R. BOJORQUEZ AND DANIEL M. LENCH; SUPPORTING EXHIBITS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHARLIE BECK** ("City Defendants") hereby remove this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. § 1441(a) and (c), and 1446(a), on the facts set forth below:

1. The CITY DEFENDANTS are named defendants in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Maria*

1

*Delores Ramirez v. City of Los Angeles, et al.,* Superior Court Case No. BC 569521. Plaintiff filed her Complaint on January 16, 2015. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint For Damages (Exhibit 1); Civil Case Cover Sheet (Exhibit 2); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 3); Notice of Case Assignment (Exhibit 4); Third Amended General Order re PI Court Procedures (Exhibit 5); Second Amended General Order re Final Status Conference, PI Courts (Exhibit 6); Statement of Damages to Defendant City of Los Angeles (Exhibit 7); Statement of Damages to Defendant Los Angeles Police Department (Exhibit 8); and Statement of Damages to Defendant Chief of Police Charles Beck (Exhibit 9).

2. This action meets the original jurisdiction requirements of 28 USC § 1441(a) and (c) and is removable by City Defendants pursuant to 28 USC § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 USC § 1441(a); *Grubbs v. General Electric Credit Corp.,* 405 US 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co.,* 506 F.2d 339, 343-44 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id.* Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 USC § 1983. *See* 28 USC § 1343(a)(3). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 USC § 1331.

3. The gravamen of this action is the federal civil rights claim set forth in the first cause of action of Plaintiff's Complaint.

4. State law claims are also asserted in the second, through fifth causes of action of the Complaint. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims but all pendent state claims "that are so related to claims in the action . . . . that they form part of

the same case or controversy..." *See* 28 USC § 1367. Such is the case with all the pendent state claims in this matter.

5. This action is also removable based on federal diversity jurisdiction, pursuant to 28 USCS § 1332(a) which states: "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $ 75,000, exclusive of interest and costs, and is between . . . (2) citizens of a State and citizens or subjects of a foreign state . . . ."

28 USC § 1441(c) states, in pertinent part: "(2) If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy."

In the instant action, Plaintiff acknowledges at Paragraph 2 of her Complaint that, "[a]t all relevant times herein, Plaintiff MARIA DOLORES RAMIREZ was a resident of Guatemala..."

As to the amount in controversy, although Plaintiff sets forth no particular damages amount in her Prayer, asking only for various types of damages "according to proof at trial," Plaintiff separately attaches, as part of her initial pleading, three Statements of Damages (Personal Injury or Wrongful Death) forms against Defendants City of Los Angeles, Los Angeles Police Department and Chief of Police Charles Beck, seeking General, Special and Punitive Damages for a combined amount of $14,025,000 against each of those parties.

Assuming, *arguendo,* Plaintiff proffers her separate Statements of Damages are not part of her "initial pleadings", 28 USC § 1441(c) further states, " (3)(A) If the case stated by the initial pleading is not removable solely because the amount in controversy does not exceed the amount specified in section 1332(a), information relating to the amount in controversy in the record of the State proceeding, or in responses to discovery, shall be treated as an "other paper" under subsection (b)(3)."

Therefore, based on federal diversity jurisdiction alone, this case should be removed.

6. The CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on February 24, 2015, and both consent to this removal. (See Declaration of Christian R. Bojorquez).

Defendant CHARLIE BECK was served with Plaintiff's Complaint on March 4, 2015, and also consents to this removal. (See *Id.*) Named defendants JOSHUE TOWE has not been served with Plaintiff's Complaint and, therefore, City Defendants do not need his consent to this removal. (See *Id.* and Declaration of Daniel M. Lench).

7. Further, other than those persons identified above and the persons identified in the caption as "DOES 1 through 100, inclusive" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed. (See Declaration of Christian R. Bojorquez).

8. The Notice of Removal is filed with this Court within 30 days after Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with the Complaint on February 24, 2015. (See Declaration of Christian R. Bojorquez)

9. The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

DATED: March 24, 2015

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS Chief Deputy City Attorney
CORY M. BRENTE, Supervising Asst City Attorney

By _____
CHRISTIAN R. BOJORQUEZ
Deputy City Attorney

Attorney for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHARLIE BECK

4

## DECLARATION OF CHRISTIAN R. BOJORQUEZ

I, **CHRISTIAN R. BOJORQUEZ**, do hereby declare that I have personal knowledge of the facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHARLIE BECK** ("City Defendants") in the case of *Maria Delores Ramirez v. City of Los Angeles, et al.*, Superior Court Case No. BC 569521, now pending in the Los Angeles Superior Court.

2. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint For Damages (Exhibit 1); Civil Case Cover Sheet (Exhibit 2); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 3); Notice of Case Assignment (Exhibit 4); Third Amended General Order re PI Court Procedures (Exhibit 5); Second Amended General Order re Final Status Conference, PI Courts (Exhibit 6); Statement of Damages to Defendant City of Los Angeles (Exhibit 7); Statement of Damages to Defendant Los Angeles Police Department (Exhibit 8); and Statement of Damages to Defendant Chief of Police Charles Beck (Exhibit 9).

3. Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on February 24, 2015, and consent to this removal. A true and correct copy of the Proof of Service of Summons and Summons served on Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT are attached as Exhibits 10 and 11, respectively.

Defendant CHARLIE BECK was served with Plaintiff's Complaint on March 4, 2015, and also consents to this removal. A true and correct copy of the Proof of Service of Summons and Summons served on Defendant CHARLIE BECK is attached as Exhibit 12.

4. Named defendant JOSHUE TOWE has not been served with Plaintiff's Complaint and, therefore, City Defendants do not need his consent to remove this action. (See Declaration of Daniel M. Lench).

5. Further, other than those persons identified above and the persons identified in the caption as "DOES 1 through 100, inclusive" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

5. The Notice of Removal is filed with this Court within 30 days after Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on February 24, 2015.

6. This Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2015, at Los Angeles, California.

_____
Christian R. Bojorquez, Declarant

# DECLARATION OF DANIEL M. LENCH

I, DANIEL M. LENCH, do hereby declare I have personal knowledge of the facts set forth herein and if called as a witness in this case, I could and would competently testify as follows:

1. I am a Certified Litigation Paralegal for the City of Los Angeles. In that capacity, I have been assigned to assist Deputy City Attorney Christian R. Bojorquez in representing Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHARLIE BECK ("CITY DEFENDANTS") in the case of *Maria Delores Ramirez v. City of Los Angeles, et al.,* Superior Court Case No. BC 569521, now pending in the Los Angeles Superior Court.

2. On March 9, 2015, and then again on March 19, 2015, I spoke with Officer Joshue Towe, who advised me that he has not yet been served with Plaintiff's Summons and Complaint.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2015, at Los Angeles, California.

_____

Daniel M. Lench, Declarant

# PROOF OF SERVICE BY MAIL

I, MARGARIT AVESYAN, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012, which is in the County, City and State where this mailing occurred.

On March 24, 2015, I served the document(s) described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATIONS OF CHRISTIAN R. BOJORQUEZ AND DANIEL M. LENCH; SUPPORTING EXHIBITS**

on all interested parties in this action:

**ATTORNEYS FOR PLAINTIFF**

**John F. Denove, Esq.**
**Shane V. Hapuarachy, Esq.**
**CHEONG, DENOVE, ROWELL & BENNETT**
**A Law Partnership including a Professional Corporation**
**10100 Santa Monica Boulevard, Suite 2460**
**Los Angeles, California 90067**
**(310) 277-4857 & (310) 277-5254**

I served a true copy of the document(s) above by:

[X] Depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the address(es) above.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2015 at Los Angeles, California.

_____
MARGARIT AVESYAN