JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELORES RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA TOWE,<br><br>Defendant. | CASE NO. CV 15-02179 MWF (FFMx)<br><br>The Hon. Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

This action came on regularly for trial between March 21, 2017, and March 29, 2017, in Courtroom 5A of this United States District Court. Plaintiff was Maria Delores Ramirez, represented by John F. Denove and Shane V. Hapuarachy, of Cheong Denove Rowell and Bennett ALPC. Defendant was Officer Joshua Towe, represented by Christian R. Bojorquez, of the Los Angeles City Attorney's Office.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and

the cause was submitted to the jury.  The jury deliberated and thereafter returned a special verdict as follows:

**Claim of Excessive Force**

**Question 1:**  Did Officer Towe use excessive force against Luis Ramirez?

Yes __X__          No _____

*If you answered "Yes" to Question 1, please answer Question 2.  If you answered "No" to Question 1, please sign and return this form to the Clerk.*

**Question 2:** Did the excessive force cause Luis Ramirez's death?

Yes __X__          No _____

*If you answered "Yes" to Question 2, please answer Question 3.  If you answered "No" to Question 2, please sign and return this form to the Clerk.*

**Damages**

**Question 3:** What are Maria Delores Ramirez's damages as a result of Officer Towe's actions?

$ __1,500,000___

*Please proceed to Question 4.*

**Question 4:** What are Luis Ramirez's damages as a result of Officer Towe's actions?

$ ___500,000____

*Please proceed to Question 5.*

**Punitive Damages**

**Question 5:** Was Officer Towe's conduct malicious, oppressive, or in reckless disregard for Luis Ramirez's rights?

Yes _____     No \_\_X\_\_

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows: Judgment in the sum of $2 million in damages is entered against Defendant Joshua Towe, and in favor of Plaintiff Maria Delores Ramirez.

Plaintiff is awarded her attorneys' fees and costs as provided by law. *See* 42 U.S.C. § 1988(b).

Dated: April 6, 2017

MICHAEL W. FITZGERALD
United States District Judge