# UNITED STATES DISTRICT COURT
## Central District of California

### APPLICATION TO THE CLERK TO TAX COSTS

MARIA DELORES RAMIREZ

v.

JOSHUA TOWE

Case Number: CV 15-02179 MWF

Judgment was entered in this action on __4/6/2017__ / __75__ against __Joshua Towe__.
   Date / Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Filing fees: see L.R. 54-3.1 ................................................................................................ | $0.00 |
| Fees for service of process: see L.R. 54-3.2 ...-1648.50 (for rush fees, duplicative wit. fees, & wrong service) | $4433.44 ~~$6,081.94~~ |
| United States Marshal's fees: see L.R. 54-3.3 .................................................................... | $0.00 |
| Reporter's transcripts: see L.R. 54-3.4 .............................................................................. | $0.00 |
| Depositions: see L.R. 54-3.5 ...-813.63 (for improper travel costs & rough draft fee) | $14,219.85 ~~$15,033.48~~ |
| Witness fees (itemize on page 2): see L.R. 54-3.6 ............................................................. | $0.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 ........................................................... | $0.00 |
| Docket fees: see L.R. 54-3.8 ............................................................................................ | $0.00 |
| Masters, commissioners and receivers: see L.R. 54-3.9 ................................................... | $0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 ...-223.47 (not allowable) | $399.40 ~~$622.87~~ |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ................................................. | $0.00 |
| Other Costs: see L.R. 54-3.12 (attach court order) **(no court order)** ................................. | $00.00 ~~$16,725.02~~ |
| State Court costs: see L.R. 54-3.13 ................................................................................... | $435.00 |
| Costs on appeal: see L.R. 54-4 ......................................................................................... | $0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ..................................... | $0.00 |
| **TOTAL** | **$19,053.19** ~~$38,898.81~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

_Signature_

Shane V. Hapuarachy
Print Name

Attorney for: Maria Dolores Ramirez

Costs are taxed in the amount of _____

Kiry K. Gray                By: Kelly Davis                July 20, 2017
Clerk of Court                Deputy Clerk                Date