**JOHN F DENOVE**
**SHANE V HAPUARACHY**
**CHEONG, DENOVE, ROWELL & BENNETT**
1925 Century Park East, Suite 800
Los Angeles, California 90067
ph:  (310) 277-4857
fx:  (310) 277-5254
email:  firm@cdrb-law.com

Attorneys for Plaintiff MARIA RAMIREZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RAMIREZ,<br><br>                  Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, and JOSHUA TOWE,<br><br>                  Defendants. | CASE NO.  CV15-02179 MWF (FFMx)<br><br>**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** |

Plaintiff Maria Dolores Ramirez (Plaintiff) acknowledges full satisfaction of the judgment entered in this case on April 6, 2017 (Document 75), as augmented by the attorney fees order dated July 10, 2017 (Document 92).  Pursuant to a settlement agreement reached during appeal, Plaintiff, who has not assigned the judgment, has accepted payment or performance other than that specified in the judgment in full satisfaction thereof.

This acknowledgement of satisfaction shall be recorded in any county or other locale in which the judgment has been recorded, and filed with the Secretary of State of California if necessary to terminate any judgment lien.

1

Respectfully submitted,

2

3   DATED: 3 -30 , 2018    **CHEONG, DENOVE, ROWELL & BENNETT**

4                           By: _____

5                               SHANE V HAPUARACHY

6                           Attorneys for Plaintiff MARIA RAMIREZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **Case Name: Ramirez v. City of Los Angeles** |
| | **Case Number: CV 15-02179 MWF (FFMx)** |
| 3 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

1       **PROOF OF SERVICE**

2       **Case Name: Ramirez v. City of Los Angeles**

           **Case Number: CV 15-02179 MWF (FFMx)**

3   **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4       I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1925 Century

5   Park East, Suite 800, Los Angeles, California 90067.

6       On April 3, 2018, I caused the documents described as

7       **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

8   to be served on the interested parties in said action as follows:

9   ☒   by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

10

11                     **SEE ATTACHED SERVICE LIST**

12

13   ☐   **BY MAIL**: I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Los Angeles, California.

14       The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited

15       with the U.S. Postal Service on that same day in the ordinary course of business.

16   ☐   **BY OVERNIGHT COURIER**: I caused such envelope to by placed for collection and delivery on this date in accordance with standard delivery procedures.

17   ☒   **BY ELECTRONIC TRANSFER:**

18       I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via the Court's Electronic Case Filing system ("ECF") as required by the United States District

19       Court for the Central District of California. A transmission stamped on each page indicates that the documents identified above were properly served by way of the Court's ECF system.

20   ☐   **BY FAX**: In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

21   ☐   **BY PERSONAL SERVICE**: I personally delivered such envelope by hand to the offices of the addressee(s).

22

23   ☒   [Federal]   I declare under penalty of perjury that the foregoing is true and correct. I am employed in the office of a member of the bar of this court, at whose

24                    direction the service was made.

25   Executed on April 3, 2018, at Los Angeles, California.

26                            _Maria Carlos_

27                            Maria Carlos

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**Case Name: Ramirez v. City of Los Angeles**
**Case Number: CV 15-02179 MWF (FFMx)**

**SERVICE LIST**

Michael N. Feuer, City Attorney
Thomas H. Peters, Chief Asst.
Cory M. Brente, Supervising Asst.
200 North Main Street, 6ᵗʰ Floor
City Hall East
Los Angeles, CA 90012

Attorneys for Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK and JOSHUA TOWE**
(213) 978-6900 (O)
(213) 978-8785 (F)
christian.bojorquez@lacity.org

---

**PROOF OF SERVICE**