FILED

APR 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA DELORES RAMIREZ, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal Corporation; et al., <br><br> Defendants-Appellants. | No.   17-56195 <br><br> D.C. No. 2:15-cv-02179-MWF-FFM <br> Central District of California, Los Angeles <br><br> ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 12) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation